THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAIR BANKS, Defendant-Appellant.

(No. 58899; )

First District (5th Division)—October 26, 1973.

PER CURIAM.
LORENZ, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Edwin R. McCullough, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.